**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **MICHELLE LEA ZAMORA**, | § |
| *Plaintiff*, | § |
| v. | § Case No.: 5:23-cv-00357-XR |
| **THIRD COAST BANK SSB**, | § |
| *Defendant*. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Michelle Lea Zamora ("Plaintiff") and Defendant Third Coast Bank SSB ("Defendant"), hereby ORDERS that all actions asserted by Plaintiff, all actions that could have been asserted by Plaintiff, and all actions asserted by Defendant in the above-referenced cause are hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

It is so **ORDERED**.

**SIGNED** this 6th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE